MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
ROBERT J. WASSERMAN
CA State Bar No. 258538
JENNY D. BAYSINGER
CA State Bar No. 251014

Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Jacqueline Beaumont, Bar No. 253776
  jbeaumont@calljensen.com
Shirin Forootan, Bar No. 260390
  sforootan@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:    (949) 717-3000
Fax:    (949) 717-3100

Attorneys for Defendant loanDepot.com, LLC

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WORKMAN, individually and on behalf of other similarly situated current and former employees and as proxy for the LWDA, | Case No.    2:18-cv-01050-JAM-CKD |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |
| vs. | |
| LOANDEPOT.COM, LLC a Delaware limited liability company; and DOES 1-100, inclusive, | |
| Defendants. | |

Having considered the Parties' Joint Motion to Dismiss with Prejudice, and good cause appearing therefor, it is hereby **ORDERED** that:

The action is dismissed in its entirety, with prejudice. This dismissal shall not have any

bearing on the right of any person other than Plaintiff to pursue representative claims pursuant to the PAGA. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: 10/16/2018                    /s/ John A. Mendez
                                     Hon. John A. Mendez